SCHEDULE A

| Defendant | Marketplace | Seller ID | Product URL | Seller URL | Seller Name |
|---|---|---|---|---|---|
| Doe 1 | Wish | 542617c6f6d29648dcbfece1 | https://www.wish.com/product/569deefbd510f511de806d26 | https://www.wish.com/merchant/542617c6f6d29648dcbfece1 | greenpapaya |
| Doe 2 | Wish | 54641bf490c77621a46f05eb | https://www.wish.com/product/5c00f1116efbca538d3b9253 | https://www.wish.com/merchant/54641bf490c77621a46f05eb | Mega Save Wholesale & Retail |
| Doe 2 | Wish | 54641bf490c77621a46f05eb | https://www.wish.com/product/5bcedc7bcbf80c2bca7a3731 | https://www.wish.com/merchant/54641bf490c77621a46f05eb | Mega Save Wholesale & Retail |
| Doe 2 | Wish | 54641bf490c77621a46f05eb | https://www.wish.com/product/5c94fbaab0f13d27358b83a6 | https://www.wish.com/merchant/54641bf490c77621a46f05eb | Mega Save Wholesale & Retail |
| Doe 2 | Wish | 54641bf490c77621a46f05eb | https://www.wish.com/product/5c6692b7876ee038cb7d4a60 | https://www.wish.com/merchant/54641bf490c77621a46f05eb | Mega Save Wholesale & Retail |
| Doe 2 | Wish | 54641bf490c77621a46f05eb | https://www.wish.com/product/5c00ef2ce25121612c1b70da | https://www.wish.com/merchant/54641bf490c77621a46f05eb | Mega Save Wholesale & Retail |
| Doe 2 | Wish | 54641bf490c77621a46f05eb | https://www.wish.com/product/5b6bf8746f20f77bd0341670 | https://www.wish.com/merchant/54641bf490c77621a46f05eb | Mega Save Wholesale & Retail |
| Doe 2 | Wish | 54641bf490c77621a46f05eb | https://www.wish.com/product/5bd415e971f9622f8e767534 | https://www.wish.com/merchant/54641bf490c77621a46f05eb | Mega Save Wholesale & Retail |
| Doe 2 | Wish | 54641bf490c77621a46f05eb | https://www.wish.com/product/5c94fb8e57c53e68898ae867 | https://www.wish.com/merchant/54641bf490c77621a46f05eb | Mega Save Wholesale & Retail |
| Doe 2 | Wish | 54641bf490c77621a46f05eb | https://www.wish.com/product/555aebd7440fe30e88ffcdca | https://www.wish.com/merchant/54641bf490c77621a46f05eb | Mega Save Wholesale & Retail |
| Doe 2 | Wish | 54641bf490c77621a46f05eb | https://www.wish.com/product/5c93354d2e662663fbd067fa | https://www.wish.com/merchant/54641bf490c77621a46f05eb | Mega Save Wholesale & Retail |
| Doe 3 | Wish | 5506d99ce536f30962adaee7 | https://www.wish.com/product/58c60255922ac619aeaa9530 | https://www.wish.com/merchant/5506d99ce536f30962adaee7 | gotobuy_store |
| Doe 4 | Wish | 5608f73ac079a82f5e6213cb | https://www.wish.com/product/577dee8f7d66f47497bc7d60 | https://www.wish.com/merchant/5608f73ac079a82f5e6213cb | ainkin2411 |
| Doe 5 | Wish | 563aba51e546701256db31fe | https://www.wish.com/product/56be8a5a1c9d0a268255a4e5 | https://www.wish.com/merchant/563aba51e546701256db31fe | Qingdao Shenghuajie machinery Co., LTD |
| Doe 5 | Wish | 563aba51e546701256db31fe | https://www.wish.com/product/56be8a5a4609a811f1995f17 | https://www.wish.com/merchant/563aba51e546701256db31fe | Qingdao Shenghuajie machinery Co., LTD |
| Doe 5 | Wish | 563aba51e546701256db31fe | https://www.wish.com/product/5c669304a356b55d79895d7a | https://www.wish.com/merchant/563aba51e546701256db31fe | Qingdao Shenghuajie machinery Co., LTD |
| Doe 5 | Wish | 563aba51e546701256db31fe | https://www.wish.com/product/5bcedc7bfc5d552cb8e5ffa1 | https://www.wish.com/merchant/563aba51e546701256db31fe | Qingdao Shenghuajie machinery Co., LTD |
| Doe 5 | Wish | 563aba51e546701256db31fe | https://www.wish.com/product/5bd415e944ac203f82d82e3e | https://www.wish.com/merchant/563aba51e546701256db31fe | Qingdao Shenghuajie machinery Co., LTD |
| Doe 5 | Wish | 563aba51e546701256db31fe | https://www.wish.com/product/5c94fb3e1cb98f5dc15eae81 | https://www.wish.com/merchant/563aba51e546701256db31fe | Qingdao Shenghuajie machinery Co., LTD |
| Doe 5 | Wish | 563aba51e546701256db31fe | https://www.wish.com/product/5ce63dada5b4af593003497f | https://www.wish.com/merchant/563aba51e546701256db31fe | Qingdao Shenghuajie machinery Co., LTD |
| Doe 5 | Wish | 563aba51e546701256db31fe | https://www.wish.com/product/5c94fcb1686784347ed07d5d | https://www.wish.com/merchant/563aba51e546701256db31fe | Qingdao Shenghuajie machinery Co., LTD |
| Doe 6 | Wish | 568e1f4ed18a6d26cd0291a7 | https://www.wish.com/product/57590af804649260cade5d6b | https://www.wish.com/merchant/568e1f4ed18a6d26cd0291a7 | KFstore |
| Doe 7 | Wish | 569b62bd2be98f60752d8cb3 | https://www.wish.com/product/56b49678b607fe1f549d82ce | https://www.wish.com/merchant/569b62bd2be98f60752d8cb3 | Raul |
| Doe 8 | Wish | 56d461e61e15ff4916beedc1 | https://www.wish.com/product/56e2f34bd84e7735d611c5b6 | https://www.wish.com/merchant/56d461e61e15ff4916beedc1 | good sun baby |
| Doe 9 | Wish | 575827713a698c7a0867a353 | https://www.wish.com/product/57fa15e1daf37820f24ea4b6 | https://www.wish.com/merchant/575827713a698c7a0867a353 | Sherry Lim |
| Doe 10 | Wish | 57ae8b7dee12362428ffdbdb | https://www.wish.com/product/583bd40f3d6ce62990fba6cf | https://www.wish.com/merchant/57ae8b7dee12362428ffdbdb | tomifer |
| Doe 11 | Wish | 57e92be89c88f514e6dff5ed | https://www.wish.com/product/57ff6f350805b32d3fa62c6e | https://www.wish.com/merchant/57e92be89c88f514e6dff5ed | Lingerie Heart |
| Doe 12 | Wish | 584d1db981089121e28b9b72 | https://www.wish.com/product/59705b18501aa5536b26f649 | https://www.wish.com/merchant/584d1db981089121e28b9b72 | mengmengdameng |
| Doe 13 | Wish | 58528257d862776a1f52a262 | https://www.wish.com/product/58c8b1061ffda4532359954c | https://www.wish.com/merchant/58528257d862776a1f52a262 | xianxiu store |
| Doe 14 | Wish | 5890975f3e68dc4d917340ed | https://www.wish.com/product/5b3f0f2e6670e624e1341bfd | https://www.wish.com/merchant/5890975f3e68dc4d917340ed | Flower123 |
| Doe 15 | Wish | 589926401cf8580308875bcb | https://www.wish.com/product/590c0bba4f398b2777755a6f | https://www.wish.com/merchant/589926401cf8580308875bcb | Rreenly |
| Doe 15 | Wish | 589926401cf8580308875bcb | https://www.wish.com/product/5c63e78ab87ea237e99b96a2 | https://www.wish.com/merchant/589926401cf8580308875bcb | Rreenly |
| Doe 15 | Wish | 589926401cf8580308875bcb | https://www.wish.com/product/5bd415e98a346e172e93c614 | https://www.wish.com/merchant/589926401cf8580308875bcb | Rreenly |
| Doe 15 | Wish | 589926401cf8580308875bcb | https://www.wish.com/product/5c9479b5cb28197db62c29d6 | https://www.wish.com/merchant/589926401cf8580308875bcb | Rreenly |
| Doe 16 | Wish | 58aa55a996f1bb6f12117559 | https://www.wish.com/product/5c668b94b87ea23463700cb9 | https://www.wish.com/merchant/58aa55a996f1bb6f12117559 | for you now |
| Doe 16 | Wish | 58aa55a996f1bb6f12117559 | https://www.wish.com/product/5aab7d2a18d9213e060a3c2d | https://www.wish.com/merchant/58aa55a996f1bb6f12117559 | for you now |
| Doe 16 | Wish | 58aa55a996f1bb6f12117559 | https://www.wish.com/product/5bcedc72e93745703b1c7d5c | https://www.wish.com/merchant/58aa55a996f1bb6f12117559 | for you now |
| Doe 16 | Wish | 58aa55a996f1bb6f12117559 | https://www.wish.com/product/5bd415e92e020e25af09b7f3 | https://www.wish.com/merchant/58aa55a996f1bb6f12117559 | for you now |
| Doe 16 | Wish | 58aa55a996f1bb6f12117559 | https://www.wish.com/product/5c94bf98d2430a1a292048d4 | https://www.wish.com/merchant/58aa55a996f1bb6f12117559 | for you now |
| Doe 16 | Wish | 58aa55a996f1bb6f12117559 | https://www.wish.com/product/5c94c084396d997063c7d2f5 | https://www.wish.com/merchant/58aa55a996f1bb6f12117559 | for you now |
| Doe 16 | Wish | 58aa55a996f1bb6f12117559 | https://www.wish.com/product/5ab32ff71baafe4ec41260e0 | https://www.wish.com/merchant/58aa55a996f1bb6f12117559 | for you now |
| Doe 17 | Wish | 59254d7975479360dd24e242 | https://www.wish.com/product/598d86bedaddac5d641fe36b | https://www.wish.com/merchant/59254d7975479360dd24e242 | one day better |
| Doe 18 | Wish | 5968a99cd44a9b1eecf69faa | https://www.wish.com/product/5c145ec6d097e8129d57e485 | https://www.wish.com/merchant/5968a99cd44a9b1eecf69faa | Arles Vango |
| Doe 19 | Wish | 5b6fe143cfde144c67d70641 | https://www.wish.com/product/5d1efdb48caf275c0dde3078 | https://www.wish.com/merchant/5b6fe143cfde144c67d70641 | Thousanditemstoywholesaleshop |
| Doe 20 | eBay | beytechn0 | https://www.ebay.com/itm/283530129055 | https://www.ebay.com/usr/beytechn0 | beytechn0 |
| Doe 20 | eBay | beytechn0 | https://www.ebay.com/itm/283530129146 | https://www.ebay.com/usr/beytechn0 | beytechn0 |

| Defendant | Marketplace | Seller ID | Product URL | Seller URL | Seller Name |
|---|---|---|---|---|---|
| Doe 21 | eBay | hey-5 | https://www.ebay.com/itm/282166476330 | https://www.ebay.com/usr/hey-5 | hey-5 |
| Doe 22 | eBay | ikitchenltd | https://www.ebay.com/itm/123850753070 | https://www.ebay.com/usr/ikitchenltd | ikitchenltd |
| Doe 22 | eBay | ikitchenltd | https://www.ebay.com/itm/123889318154 | https://www.ebay.com/usr/ikitchenltd | ikitchenltd |
| Doe 22 | eBay | ikitchenltd | https://www.ebay.com/itm/123850805276 | https://www.ebay.com/usr/ikitchenltd | ikitchenltd |
| Doe 23 | eBay | ineffablestore | https://www.ebay.com/itm/223308669338 | https://www.ebay.com/usr/ineffablestore | ineffablestore |
| Doe 24 | eBay | itopgroup | https://www.ebay.com/itm/293052038176 | https://www.ebay.com/usr/itopgroup | itopgroup |
| Doe 24 | eBay | itopgroup | https://www.ebay.com/itm/293068324704 | https://www.ebay.com/usr/itopgroup | itopgroup |
| Doe 24 | eBay | itopgroup | https://www.ebay.com/itm/293052246796 | https://www.ebay.com/usr/itopgroup | itopgroup |
| Doe 25 | eBay | maxroutine99 | https://www.ebay.com/itm/153297737039 | https://www.ebay.com/usr/maxroutine99 | maxroutine99 |
| Doe 26 | eBay | quayfashion | https://www.ebay.com/itm/264543151424 | https://www.ebay.com/usr/quayfashion | quayfashion |
| Doe 27 | eBay | shoppingeveryday | https://www.ebay.com/itm/282616200519 | https://www.ebay.com/usr/shoppingeveryday | shoppingeveryday |
| Doe 28 | eBay | west_wood | https://www.ebay.com/itm/183819198881 | https://www.ebay.com/usr/west_wood | west_wood |
| Doe 28 | eBay | west_wood | https://www.ebay.com/itm/183819198959 | https://www.ebay.com/usr/west_wood | west_wood |
| Doe 29 | eBay | yamikitchen | https://www.ebay.com/itm/254143577326 | https://www.ebay.com/usr/yamikitchen | yamikitchen |
| Doe 29 | eBay | yamikitchen | https://www.ebay.com/itm/253958151621 | https://www.ebay.com/usr/yamikitchen | yamikitchen |
| Doe 30 | DHGate | 14240265 | https://www.dhgate.com/product//398636445.html | https://www.dhgate.com/store/14240265 | DLM Home And Garden |
| Doe 30 | DHGate | 14240265 | https://www.dhgate.com/product//405745844.html | https://www.dhgate.com/store/14240265 | DLM Home And Garden |
| Doe 30 | DHGate | 14240265 | https://www.dhgate.com/product//155601710.html | https://www.dhgate.com/store/14240265 | DLM Home And Garden |
| Doe 31 | DHGate | 14429265 | https://www.dhgate.com/product//492178218.html | https://www.dhgate.com/store/14429265 | Cariel |
| Doe 31 | DHGate | 14429265 | https://www.dhgate.com/product//492200773.html | https://www.dhgate.com/store/14429265 | Cariel |
| Doe 31 | DHGate | 14429265 | https://www.dhgate.com/product//406804149.html | https://www.dhgate.com/store/14429265 | Cariel |
| Doe 32 | DHGate | 15351554 | https://www.dhgate.com/product//375764405.html | https://www.dhgate.com/store/15351554 | Itopkitchen |
| Doe 33 | DHGate | 20187937 | https://www.dhgate.com/product//403288719.html | https://www.dhgate.com/store/20187937 | Cakestencil1 |
| Doe 34 | DHGate | 20194887 | https://www.dhgate.com/product//407366404.html | https://www.dhgate.com/store/20194887 | Anthonylin |
| Doe 35 | DHGate | 20405224 | https://www.dhgate.com/product//395957901.html | https://www.dhgate.com/store/20405224 | Hehong1966 |
| Doe 36 | DHGate | 20940483 | https://www.dhgate.com/product//493921737.html | https://www.dhgate.com/store/20940483 | dongliangmei_no1 |
| Doe 36 | DHGate | 20940483 | https://www.dhgate.com/product//408112821.html | https://www.dhgate.com/store/20940483 | dongliangmei_no1 |
| Doe 36 | DHGate | 20940483 | https://www.dhgate.com/product//417815993.html | https://www.dhgate.com/store/20940483 | dongliangmei_no1 |
| Doe 36 | DHGate | 20940483 | https://www.dhgate.com/product//408257276.html | https://www.dhgate.com/store/20940483 | dongliangmei_no1 |
| Doe 37 | DHGate | 20940484 | https://www.dhgate.com/product//408176377.html | https://www.dhgate.com/store/20940484 | dongliangmei_no2 |
| Doe 37 | DHGate | 20940484 | https://www.dhgate.com/product//494173061.html | https://www.dhgate.com/store/20940484 | dongliangmei_no2 |
| Doe 37 | DHGate | 20940484 | https://www.dhgate.com/product//494172828.html | https://www.dhgate.com/store/20940484 | dongliangmei_no2 |
| Doe 37 | DHGate | 20940484 | https://www.dhgate.com/product//417810192.html | https://www.dhgate.com/store/20940484 | dongliangmei_no2 |
| Doe 38 | Amazon | A13QGA5XTC0G3H | https://www.amazon.com/dp/B01A6QYZNU?k=brochette+express&m=A13QGA5XTC0G3H | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A13QGA5XTC0G3H | Qingdao sheng huajie machinery co., LTD |
| Doe 38 | Amazon | A13QGA5XTC0G3H | https://www.amazon.com/dp/B01A6QU2OQ?k=brochette+express&m=A13QGA5XTC0G3H | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A13QGA5XTC0G3H | Qingdao sheng huajie machinery co., LTD |
| Doe 39 | Amazon | A18CNVFXCZVP8L | https://www.amazon.com/dp/B07CHBY8Z7?k=brochette+express&m=A18CNVFXCZVP8L | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A18CNVFXCZVP8L | GHRMB |
| Doe 40 | Amazon | A19OLHIBBRZDGF | https://www.amazon.com/dp/B07WG8M1KM?k=brochette+express&m=A19OLHIBBRZDGF | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A19OLHIBBRZDGF | Alemin |
| Doe 41 | Amazon | A1D5ERAMJGQ947 | https://www.amazon.com/dp/B07MJ3RQJY?k=brochette+express&m=A1D5ERAMJGQ947 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1D5ERAMJGQ947 | DIVIC |
| Doe 42 | Amazon | A1EAJ5JRWD2ODN | https://www.amazon.com/dp/B07CG7TW2F?k=brochette+express&m=A1EAJ5JRWD2ODN | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1EAJ5JRWD2ODN | Anlin777 |
| Doe 43 | Amazon | A1GCFH70M98MI2 | https://www.amazon.com/dp/B07K7GN3Q8?k=brochette+express&m=A1GCFH70M98MI2 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1GCFH70M98MI2 | TANGSEA |
| Doe 44 | Amazon | A1JRUV5LNLJLG1 | https://www.amazon.com/dp/B07Q3VKVXD?k=brochette+express&m=A1JRUV5LNLJLG1 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1JRUV5LNLJLG1 | Vijayli us |

SCHEDULE A

| Defendant | Marketplace | Seller ID | Product URL | Seller URL | Seller Name |
|---|---|---|---|---|---|
| Doe 45 | Amazon | A1W3Y8HH13DFJY | https://www.amazon.com/dp/B07SPKMWG5?k=brochette+express&m=A1W3Y8HH13DFJY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1W3Y8HH13DFJY | ITOP KITCHEN Store |
| Doe 46 | Amazon | A26UJ9L8PVDPOT | https://www.amazon.com/dp/B07MTGCZ43?k=brochette+express&m=A26UJ9L8PVDPOT | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A26UJ9L8PVDPOT | naraksport |
| Doe 47 | Amazon | A28H991GWHQCFK | https://www.amazon.com/dp/B082S74LZ8?k=brochette+express&m=A28H991GWHQCFK | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A28H991GWHQCFK | Chashimi Kitchen Store |
| Doe 48 | Amazon | A28JCU7OQZHCNA | https://www.amazon.com/dp/B072HWWR4T?k=brochette+express&m=A28JCU7OQZHCNA | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A28JCU7OQZHCNA | HIH63 |
| Doe 49 | Amazon | A3BBP0LJ0PIDVF | https://www.amazon.com/dp/B01GDWNTEC?k=brochette+express&m=A3BBP0LJ0PIDVF | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3BBP0LJ0PIDVF | Andux |
| Doe 50 | Amazon | A3QMQ6NQE905AK | https://www.amazon.com/dp/B071WBZWG3?k=brochette+express&m=A3QMQ6NQE905AK | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3QMQ6NQE905AK | nowhere Not in-xiyao |
| Doe 50 | Amazon | A3QMQ6NQE905AK | https://www.amazon.com/dp/B071WBZ5HV?k=brochette+express&m=A3QMQ6NQE905AK | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3QMQ6NQE905AK | nowhere Not in-xiyao |
| Doe 51 | Amazon | A3VTKEWSHZCKAO | https://www.amazon.com/dp/B07CVVD3D6?k=brochette+express&m=A3VTKEWSHZCKAO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3VTKEWSHZCKAO | WUTIPORN |
| Doe 52 | Amazon | AB1V25MJ231BG | https://www.amazon.com/dp/B072HWWR4T?k=brochette+express&m=AB1V25MJ231BG | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AB1V25MJ231BG | Agiletech |
| Doe 53 | Aliexpress | 105880 | https://www.aliexpress.com/item/32823070344.html | https://www.aliexpress.com/store/105880 | ShangSuRenPin Store |
| Doe 54 | Aliexpress | 324539 | https://www.aliexpress.com/item/32840930164.html | https://www.aliexpress.com/store/324539 | ShangSuRenPin 2019 Store |
| Doe 55 | Aliexpress | 725570 | https://www.aliexpress.com/item/32728318424.html | https://www.aliexpress.com/store/725570 | YONGLE ZAHUO Store |
| Doe 56 | Aliexpress | 1182793 | https://www.aliexpress.com/item/32794034042.html | https://www.aliexpress.com/store/1182793 | sweettreats Official Store |
| Doe 57 | Aliexpress | 1202361 | https://www.aliexpress.com/item/32775182622.html | https://www.aliexpress.com/store/1202361 | Happy Home Life Museum |
| Doe 58 | Aliexpress | 1244041 | https://www.aliexpress.com/item/32321283185.html | https://www.aliexpress.com/store/1244041 | Outdoor BBQ & Kitchenware Products Wholesale |
| Doe 59 | Aliexpress | 1813314 | https://www.aliexpress.com/item/32796737912.html | https://www.aliexpress.com/store/1813314 | Dropmaster Store |
| Doe 60 | Aliexpress | 1848393 | https://www.aliexpress.com/item/32792880788.html | https://www.aliexpress.com/store/1848393 | Hwint Store |
| Doe 61 | Aliexpress | 1943833 | https://www.aliexpress.com/item/32798628003.html | https://www.aliexpress.com/store/1943833 | Mingshengxiang Store |
| Doe 62 | Aliexpress | 1961914 | https://www.aliexpress.com/item/32575628428.html | https://www.aliexpress.com/store/1961914 | Matin's Store |
| Doe 63 | Aliexpress | 2229059 | https://www.aliexpress.com/item/32813265186.html | https://www.aliexpress.com/store/2229059 | Innovative Life House |
| Doe 64 | Aliexpress | 2289058 | https://www.aliexpress.com/item/32782754687.html | https://www.aliexpress.com/store/2289058 | TTLIFE Convenient Store |
| Doe 65 | Aliexpress | 3107035 | https://www.aliexpress.com/item/32831508821.html | https://www.aliexpress.com/store/3107035 | Merci Chef Kitchen Equipment Store |
| Doe 65 | Aliexpress | 3107035 | https://www.aliexpress.com/item/32835187282.html | https://www.aliexpress.com/store/3107035 | Merci Chef Kitchen Equipment Store |
| Doe 66 | Aliexpress | 32596472428 | https://www.aliexpress.com/item/32596472428.html | https://www.aliexpress.com/store/32596472428 | ITOPKITCHEN Store |
| Doe 67 | Alibaba | duoduo0579 | https://www.alibaba.com/product-detail/_60328154432.html | https://duoduo0579.en.alibaba.com/ | Yiwu Cool Commodity Co., Ltd. |
| Doe 68 | Alibaba | finelife | https://www.alibaba.com/product-detail/_60113483977.html | https://finelife.en.alibaba.com/ | Ningbo Finelife Products Intl Trading Co., Ltd. |
| Doe 69 | Alibaba | goodyieldltd | https://www.alibaba.com/product-detail/_60282815887.html | https://goodyieldltd.en.alibaba.com/ | Good Yield International Trade Co., Ltd. |
| Doe 70 | Alibaba | homeykitchenware | https://www.alibaba.com/product-detail/_60597644068.html | https://homeykitchenware.en.alibaba.com/ | Ningbo Homey International Trade Co., Ltd. |
| Doe 71 | Alibaba | ikitchen | https://www.alibaba.com/product-detail/_60367488900.html | https://ikitchen.en.alibaba.com/ | Guangzhou Itop Kitchen Equipment Co., Ltd. |
| Doe 72 | Alibaba | itopkitchen | https://www.alibaba.com/product-detail/_60367116888.html | https://itopkitchen.en.alibaba.com/ | Guangzhou Itop Kitchen Equipment Co., Ltd. |
| Doe 73 | Alibaba | nbgreenforest | https://www.alibaba.com/product-detail/_60606076359.html | https://nbgreenforest.en.alibaba.com/ | Ningbo Greenforest Import & Export Co., Ltd. |
| Doe 74 | Alibaba | nbkindly | https://www.alibaba.com/product-detail/_60670948225.html | https://nbkindly.en.alibaba.com/ | Ningbo Kind Outdoor Equipment Co., Ltd. |
| Doe 75 | Alibaba | psgifts | https://www.alibaba.com/product-detail/_60820726205.html | https://psgifts.en.alibaba.com/ | Taizhou Purple Star Gifts Co., Ltd. |
| Doe 76 | Alibaba | qdxiaodao | https://www.alibaba.com/product-detail/_60261203394.html | https://qdxiaodao.en.alibaba.com/ | Qingdao Xiaodao Food Machinery Co., Ltd. |
| Doe 76 | Alibaba | qdxiaodao | https://www.alibaba.com/product-detail/_60234411528.html | https://qdxiaodao.en.alibaba.com/ | Qingdao Xiaodao Food Machinery Co., Ltd. |
| Doe 76 | Alibaba | qdxiaodao | https://www.alibaba.com/product-detail/_60221670830.html | https://qdxiaodao.en.alibaba.com/ | Qingdao Xiaodao Food Machinery Co., Ltd. |
| Doe 76 | Alibaba | qdxiaodao | https://www.alibaba.com/product-detail/_60214483488.html | https://qdxiaodao.en.alibaba.com/ | Qingdao Xiaodao Food Machinery Co., Ltd. |
| Doe 76 | Alibaba | qdxiaodao | https://www.alibaba.com/product-detail/_60234529193.html | https://qdxiaodao.en.alibaba.com/ | Qingdao Xiaodao Food Machinery Co., Ltd. |
| Doe 77 | Alibaba | sdxinxingpesheet | https://www.alibaba.com/product-detail/_60383907217.html | https://sdxinxingpesheet.en.alibaba.com/ | Shandong Ningjin Xinxing Chemical Co., Ltd. |
| Doe 77 | Alibaba | sdxinxingpesheet | https://www.alibaba.com/product-detail/_60361995586.html | https://sdxinxingpesheet.en.alibaba.com/ | Shandong Ningjin Xinxing Chemical Co., Ltd. |

SCHEDULE A

| Defendant | Marketplace | Seller ID | Product URL | Seller URL | Seller Name |
|---|---|---|---|---|---|
| Doe 77 | Alibaba | sdxinxingpesheet | https://www.alibaba.com/product-detail/_60378883240.html | https://sdxinxingpesheet.en.alibaba.com/ | Shandong Ningjin Xinxing Chemical Co., Ltd. |
| Doe 78 | Alibaba | sensotv | https://www.alibaba.com/product-detail/_62125586584.html | https://sensotv.en.alibaba.com/ | Yiwu Sinn E-Business Firm |
| Doe 79 | Alibaba | sinwonbrands | https://www.alibaba.com/product-detail/_60728145570.html | https://sinwonbrands.en.alibaba.com/ | Ningbo Xin Yuan Industry And Trade Co., Ltd. |
| Doe 80 | Alibaba | sweettreats | https://www.alibaba.com/product-detail/_60754101007.html | https://sweettreats.en.alibaba.com/ | Ningbo Missinteresting Import And Export Co., Ltd. |
| Doe 81 | Alibaba | trumy | https://www.alibaba.com/product-detail/_62022122687.html | https://trumy.en.alibaba.com/ | Zhenjiang Trumy Industrial Co., Ltd. |
| Doe 81 | Alibaba | trumy | https://www.alibaba.com/product-detail/_62022159001.html | https://trumy.en.alibaba.com/ | Zhenjiang Trumy Industrial Co., Ltd. |
| Doe 82 | Alibaba | ywyourui | https://www.alibaba.com/product-detail/_62031832958.html | https://ywyourui.en.alibaba.com/ | Yiwu Yourui Daily Necessities Co., Ltd. |