UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BVE BRANDS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:20-CV-505-RP |
| | § | |
| DOES 1–82, *the individuals, entities, partnerships,* | § | |
| *and associations identified on Schedule A*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## NOTICE AND ORDER

On May 29, 2020, the Court ordered the parties to appear for a preliminary injunction hearing by telephone, personally or through counsel, on **Friday, June 12, at 1:00 p.m.** (Order, Dkt. 9, at 1). The Court's Order inadvertently gave the incorrect telephone number for dialing into the conference.

**The correct number is 1 (888) 363-4735.** The access code is 3948919#.

All other information in the Court's May 29, 2020, Order, (Dkt. 9), remains the same.

**IT IS ORDERED** that as it has done previously, Plaintiff BVE Brands shall serve this filing on Defendants and third-party merchants via email by **June 11, 2020, at 5:00 p.m.** (*See* Notice of Serv., Dkt. 10).

**SIGNED** on June 10, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE