# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **BVE BRANDS, LLC,** | CASE NO.: 1:20-CV-00505-RP |
| Plaintiff, | |
| v. | **DEMAND FOR JURY TRIAL** |
| **THE INDIVIDUALS, ENTITIES, PARTNERSHIPS AND ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",** | |
| Defendants. | |

## NOTICE OF SERVICE

TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS:

PLEASE TAKE NOTICE that on June 10, 2020 at or around 4:49 PM Central Daylight Time, the undersigned counsel for Plaintiff served via electronic mail Defendant Does 1-82 and third party merchants Alibaba/Ali Express, Amazon, DH gate, eBay, and WISH with the Court's Order (ECF No. 12) updating the call-in number and passcode for the hearing on Plaintiff's Motion for Preliminary Injunction, and provided said Defendants and third parties with a URL link to a website where said Order would be uploaded.

Executed in Austin, Texas on June 11, 2020                    Respectfully,

/s/ Mateo Z. Fowler
Mateo Z. Fowler
Texas Bar No. 24062726
MZF Law Firm, PLLC
1105 Nueces Street, Suite A
Austin, Texas 78701
Tel: 281-546-5172
Email: mateofowler@mzflaw.com